ACCEPTED
01-15-00716-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/3/2015 4:57:22 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00716-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/3/2015 4:57:22 PM

CHRISTOPHER A. PRINE
Clerk

---

ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,
Appellants,

V.

NGOZI NWEZE
Appellee

---

On Appeal from the 127th Judicial District Court
Harris County, Texas
Cause No. 2011-52006

---

## APPELLANTS' RESPONSE TO APPELLEE'S MOTION TO DISMISS

Respectfully submitted,

/s/Kurt G. Clarke

---

Kurt G. Clarke
SBN: 04316720
6200 Savoy, Ste. 458
Houston, Texas 77036
Tel: (713) 779-5500
Fax: (713) 779-6668
E-mail: kgclaw@aol.com
Attorney for Appellants

NO. 01-15-00716-CV

IN THE

FIRST COURT OF APPEALS

AT HOUSTON, TEXAS

---

ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,
Appellants,

V.

NGOZI NWEZE
Appellee

---

On Appeal from the 127th Judicial District Court
Harris County, Texas
Cause No. 2011-52006

---

## APPELLANTS' RESPONSE TO APPELLEE'S MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

**COME NOW, ZIMAC CARE CENTER, INC., VIRGINIA AKUCHIE, ET AL,** Appellants in the above styled and numbered case and and file this response to Appellee's Motion to Dismiss and would respectfully show as follows:

### BACKGROUND

1.     The trial court signed a final judgment on May 1, 2015.

2.     Appellants filed a Motion for New Trial on May 29, 2015.

3.     In prosecuting its Motion for New Trial, Appellants sought a date as soon as practicable.

4.     A hearing was required for a date prior to August 2015 at 10:30 a.m.  *See* Exhibit A attached hereto.

5.     The Trial Court ruled on the Motion for New Trial on August 7, 2015.  *See* Exhibit B.

## ANALYSIS

This case presents a fairly novel question and that is whether the trial court on August 7, 2015 had lost plenary power to rule on Appellants' motion for new trial and if it did, what is the practitioner's dilemma.   Should the practitioner have filed a notice of appeal, and then request an abatement for the trial court to make its ruling. In hindsight, it would have been procedurally prudent to do so.

However, it will also appear that had Appellants requested leave or an extension of time to notice the appeal, Appellants would have had until August 20, 2015 to do so.   The Notice of Appeal was filed on August 18, 2015.

This Court should allow the appeal because there was no conscious disregard, nor willful neglect and this Court has the authority to allow Appellants leave to late file their notice of appeal, which leave Appellants now seek for then.

This Court should allow the appeal.

WHEREFORE, PREMISES CONSIDERED, Appellants, pray that this appeal be allowed.

Kurt G. Clarke

/s/Kurt G. Clarke

Kurt G. Clarke
SBN: 04316720
6200 Savoy, Suite 458
Houston, Texas 77036
Phone: (713) 779-5500
Fax:    (713) 779-6668
E-mail: kgclaw@aol.com,
Attorney for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing

instrument was forwarded on this the 3rd day of December, 2015, either by

E-service provider, telecopier, first class mail, certified mail, return receipt

requested and/or by messenger to:

> Robin A. Bluitt
> 11152 Westheimer #671
> Houston, Texas 77042
> Fax # (713) 978-6064
> E-mail: atty.bluitt@sbcglobal.net

/s/ Kurt G. Clarke

Kurt G. Clarke

# LAW OFFICES

OF

# KURT G. CLARKE

ATTORNEY~ MEDIATOR~ ARBITRATOR

*KURT G. CLARKE**
*HELEN MALVEAUX*

*FREDERICK O. BOADU*
*COUNSEL TO THE FIRM*

June 3, 2015

Ms. Susan Brooks
Clerk
127th District Court
Harris County, Texas

> Re:   Cause No. 2011-52006; *Ngozi Nweze v. Zimac Care Center Inc. Et al;*
> In the 127th District Court, Harris County, Texas

Dear Ms. Brooks:

Kindly present Defendants' Emergency Motion to Judge Sandill's attention for consideration.

Thank you for your usual cooperation and assistance in this matter.

Sincerely,

*Kurt G. Clarke*

Kurt G. Clarke

c.c.:   Robin Bluitt



## CAUSE NO. 2011-52006

| | | |
|---|---|---|
| NGOZI NWEZE | § | IN THE DISTRICT COURT |
| (PETITIONER) | § | |
| | § | |
| VS. | § | 127TH JUDICIAL COURT |

NGOZI NWEZE §   IN THE DISTRICT COURT
(PETITIONER) §
§
VS. §   127TH JUDICIAL COURT
§
ZIMAC CARE CENTER INC., §
VIRGINIA AKUCHIE, §
GERTUDE CLEVELAND, §
and FAITH BATE §
(DEFENDANTS) §   HARRIS COUNTY, TEXAS

### DEFENDANT'S MOTION FOR EMERGENCY HEARING ON
### <u>MOTION FOR NEW TRIAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants Virginia Akuchie and Zimac Care Center Inc. (Zimac) et al, and file this Motion for Emergency Hearing on its Motion for New Trial and would respectfully show the Court as follows:

I.

1. The above case was tried in January 2015.

2. This Court entered Judgment on May 1, 2015.

3. Defendants filed a Motion for New Trial on May 29, 2015.

4. Defendants desire to have a hearing on the Motion for New Trial.

5. Defendants were advised that the next available hearing date based on the Court's schedule is August 7, 2015.

6. Defendants request this hearing because August 7, 2015 will be ninety-eight (98) days post judgment and will deprive Defendants of any opportunity to obtain a rehearing.

7. If this case can be assigned to a visiting Judge prior to the end of June, Defendants will have no

1

objection.

8. In the alternative, Defendants ask the Court to set this matter for hearing as soon as practicable and prior to June 30, 2015

## II.

9. For these reasons, and in the interest of justice and fairness, Defendants ask the Court to conduct a hearing, receive evidence and after the hearing grant a new trial.

Respectfully submitted,

/s/Kurt G. Clarke

Kurt G. Clarke
SBN: 04316720
6200 Savoy, Ste. 458
Houston, Texas 77036
Tel: (713) 779-5500
Fax: (713) 779-6668
E-mail: kgclaw@aol.com
Attorney for Defendants

## CERTIFICATE OF CONFERENCE

I hereby certify that I have discussed this motion on June 3, 2015, with attorney Robin Bluitt and she is opposed to Defendants obtaining a new trial.

/s/ Kurt G. Clarke

_____

Kurt G. Clarke

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was

forwarded on this the 3rd day of June, 2015, either by telecopier, first class mail,

certified mail, return receipt requested and/or by messenger to:

Robin A. Bluitt
7457 Harwin Dr. # 232
Houston, Texas 77036
Served Via Fax # (713) 978-6064 &
E-mail:   atty.bluitt@sbcglobal.net

/s/ Kurt G. Clarke

_____

Kurt G. Clarke

4

| | | |
|---|---|---|
| NGOZI NWEZE | § | IN THE DISTRICT COURT |
| (PETITIONER) | § | |
| | § | |
| VS. | § | 127TH JUDICIAL COURT |
| | § | |
| ZIMAC CARE CENTER INC., | § | |
| VIRGINIA AKUCHIE, | § | |
| GERTUDE CLEVELAND, | § | |
| and FAITH BATE | § | |
| (DEFENDANTS) | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING EMERGENCY HEARING

Came on this day, Defendants' Motion for Emergency Hearing on its Motion for New

Trial. This Court, having considered the Motion, finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT a hearing on

Defendants' Motion for new trial be set for _____, 2015.


Signed this the _____ day of _____, 2015.



_____
Judge Presiding


APPROVED AS TO FORM:


/s/Kurt G. Clarke

_____
Kurt G. Clarke
6200 Savoy, Suite 458
Houston, Texas 77036
Tel. (713) 779-5500
Fax. (713) 779-6668

# CHRIS DANIEL

District Clerk
Houston, Texas   77002

KURT GODFREY CLARKE
SAVOY DR SUITE 458
HOUSTON TX 77036

CASE 201152006 CRT 127 BE ADVISED ON 08/07/2015 THE FOLLOWING ACTIVITY OCCURRED.
NWEZE, NGOZI (MRS)  VS.  ZIMAC CARE CENTER INC
ORDER DENYING MOTION FOR NEW TRIAL SIGNED

CASE 201 955 CRT 157 BE ADVISED ON 08/07/2015 THE FOLLOWING ACTIVITY OCCURRED.
BAILEY, WINNIE LEMONS (INDIVIDUALLY AND  VS.  CHRISTUS HEALTH GULF COAST
ORDER GRANTING OBJECTION TO DISCOVERY REQUEST SIGNED



EXHIBIT

B

JLHDC